**IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

MICHAEL HEATH

      Plaintiff,                                                   Case No. 18-cv-01887-JSM-JSS

vs.

JONATHAN C. FRANK & ASSOCIATES, LLC
JONATHAN C. FRANK
CONSUMER SOLUTIONS GROUP, LLC
JTM CAPITAL MANAGEMENT, LLC

      Defendants.
_____/

      1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action -- including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

      Michael Heath, Plaintiff
      Counsel for Plaintiff:
      The Consumer Rights Law Group, PLLC
      James S. Giardina, Esq.
      3104 W. Waters Avenue, Suit e200
      Tampa, Florida 33614

      JTM Capital Management, LLC, Defendant
      Counsel for Defendant
      Lippes Mathias Wexler Friedman LLP
      Christopher Walker, Esq.
      822 N A1A, Suite 100
      Ponte Verda Beach, FL 32082

      Jonathan C. Frank & Associates, LLC, non-appearing Defendant
      c/o Registered Agents, Inc.
      3030 N. Rocky Point Drive, Suite 150A
      Tampa, Florida 33607

      Jonathan C. Frank, non-appearing Defendant
      700 Milam Street, Suite 1300
      Houston, Texas 77002

Consumer Solutions Group, LLC, non-appearing Defendant
c/o Incorp. Services, Inc.
17888 67th Court North
Loxahatchee, Florida 33470

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

*None*.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and member of the creditors' committed (or 20 largest unsecured creditors) in bankruptcy cases:

*None*.

4. The name of each individual victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Michael Heath

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Dated: August 31, 2018

Respectfully submitted,

/s Christopher Walker
Christopher Walker, Esq.
FBN: 114793
Lippes Mathias Wexler Friedman LLP
822 N A1A, Suite 100
Ponte Verda Beach, FL 32082
P: 904-660-0020
F: 904-660-0029
cwalker@lippes.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 31, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which should then send notification of such filing to all counsel of record.

/s Christopher Walker
Christopher Walker, Esq.